UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JONATHON A. CLARK,

     Petitioner,                         Civil No. 2:10-CV-10748
                                     HONORABLE GERALD E. ROSEN
v.                                  CHIEF UNITED STATES DISTRICT JUDGE

DUNCAN MACLAREN,

     Respondent,

_____/

## **JUDGMENT**

The above entitled matter having come before the Court on a Petition for Writ of

Habeas Corpus, Honorable Gerald E. Rosen, Chief United States District Court Judge,

presiding, and in accordance with the Memorandum Opinion and Order entered on

January 14, 2013.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is

DENIED WITH PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that a Certificate of Appealability and

Leave to Appeal *In Forma Pauperis* are DENIED.

Dated at Detroit, Michigan, this 14th, day of January, 2013.

                                       DAVID J. WEAVER
                                       CLERK OF THE COURT

APPROVED:                            BY: s/Julie Owens
                                          DEPUTY CLERK


s/Gerald E. Rosen
Chief Judge, United States District Court

**10-10748 Clark v. MacLaren**
**Judgment**

Dated:  January 14, 2013

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 14, 2013, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager