UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JONATHON A. CLARK,

    Petitioner,

v.

DUNCAN MACLAREN,

    Respondent,

_____/

Civil No. 2:10-CV-10748
HONORABLE GERALD E. ROSEN
CHIEF UNITED STATES DISTRICT JUDGE

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Gerald E. Rosen, Chief United States District Court Judge, presiding, and in accordance with the Memorandum Opinion and Order entered on January 14, 2013.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DENIED WITH PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that a Certificate of Appealability and Leave to Appeal *In Forma Pauperis* are DENIED.

Dated at Detroit, Michigan, this 14th, day of January, 2013.

DAVID J. WEAVER
CLERK OF THE COURT

APPROVED:

BY: s/Julie Owens
       DEPUTY CLERK

s/Gerald E. Rosen
Chief Judge, United States District Court

**10-10748 Clark v. MacLaren**
**Judgment**

Dated: January 14, 2013

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 14, 2013, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager